

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Mr. J. E. McDonald, Commissioner
Department of Agriculture
Austin, Texas

Dear Mr. McDonald:                    Attention:  Mr. N. K. Burke, Chief
                                                 Clerk.

                                      Opinion No. O-7390
                                      Re:  May the expense of repairing auto-
                                      mobiles be paid out of the $4500.00 in
                                      Item 95 of the departmental appropria-
                                      tion for "equipment, cars, and supplies"?

          We have given careful consideration to your letter re-
questing our opinion as to whether it would be legal to pay the
expenditures for repairing automobiles out of the item of $4500.00
appropriated for each of the years 1945-1947 to your department
under number 95 for "equipment, cars, and supplies."

          You state that at this time it is impossible to pur-
chase new cars, and that you have in your department some heavy
trucks, as well as some other motor cars, that have been used very
hard and extensively, which must be repaired at considerable ex-
pense if same can be of further use to your department.

          Unquestionably, we think, the repairing of the trucks
and automobiles owned by the State and used by your department
to carry on your work can be maintained and kept in repair out
of said appropriation.  These trucks and cars are a part of the
"equipment".  Evidently, the use of the word "cars" in said item
of appropriation refers to automobiles and trucks.  It is equally
apparent that supplies would cover whatever supplies are necessary
to successfully carry on the work of the department.

          It is our opinion that you can have said trucks and other
cars repaired and pay for same out of said item in the appropria-
tion bill.

                              Very truly yours

                              ATTORNEY GENERAL OF TEXAS

                         By          Geo. T. Barcus
                                     ASSISTANT

APPROVED
GWR-MR  SEP 14 1946

FIRST ASSISTANT
ATTORNEY GENERAL

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN